UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYSHAWN C. GAFFNEY,<br><br>Plaintiff,<br><br>v.<br><br>CORY BARROW, et al.,<br><br>Defendants. | No. 2:22–cv–02251-TLN–CKD<br><br>**ORDER** |

　　Plaintiff is proceeding in this action pro se.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

　　On June 30, 2023, the magistrate judge filed findings and recommendations herein which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections.  The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED THAT:

1. The June 30, 2023 findings and recommendations (ECF No. 6) are ADOPTED IN FULL;
2. The Second Amended Complaint (ECF No. 5) is DISMISSED with prejudice for failure to state a claim; and
3. The Clerk of Court shall close this case.

Date: August 4, 2023

_____
Troy L. Nunley
United States District Judge